LYMAN et al. v. PIERCE.

APPEAL FROM JEFFERSON CIRCUIT COURT.

HON. HENRY B. MORSE, *Circuit Judge.*

*Bell & Carlton,* for Appellants.
*A. H. Garland,* for Appellee.

GREGG, J.—This cause has been submitted to the court upon the same briefs and for a decision of the same questions involved in the case of *Charles L. Corwin, as assignee, vs. Fred. K. Lyman, et al.*

The judgment is reversed, and the cause remanded.

LYMAN v. PIERCE.

APPEAL FROM JEFFERSON CIRCUIT COURT.

HON. HENRY B. MORSE, *Circuit Judge.*

*Bell & Carlton,* for Appellant.
*A. H. Garland,* for Appellee.

GREGG, J.—This cause was submitted upon the same briefs and for a decision of the same questions involved in the case of *Fred. K. Lyman et al. vs. Charles L. Corwin,* and *Fred. K. Lyman et al. vs. H. A. Pierce,* and, for the errors mentioned in the former, the judgment herein is reversed, and the cause remanded, to be proceeded in according to law.